```
 1  William C. Reeves – 183878
    Maya G. Morales – 245208
 2  MORALES FIERRO & REEVES
    2300 Contra Costa Blvd., Suite 310
 3  Pleasant Hill, CA  94523
    Telephone:  (925) 288-1776
 4  Facsimile:  (925) 288-1856

 5  Attorneys for Plaintiff
    PMA Capital Insurance Company
 6

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PMA CAPITAL INSURANCE COMPANY, | ) CASE NO.: 2:08-cv-02258 JAM DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE DATES |
| AMERICAN SAFETY INDEMNITY COMPANY, | ) |
| Defendant. | ) |

Plaintiff PMA Capital Insurance Company ("PMA") and defendant American Safety Indemnity Company ("American Safety"), by and through counsel, stipulate and agree as follows:

WHEREAS, per the Court's Status Order, the deadline for the filing of dispositive motions is December 23, 2009 with a hearing scheduled for January 20, 2010;.

WHEREAS, in the interests of economy, the parties have been exploring stipulating to key facts;

WHEREAS, additional time is needed to agree to upon all necessary stipulated facts;

WHEREAS, the parties have scheduling concerns given that the time to complete the stipulation coincides with the end of December;

WHEREAS the parties wish to continue the motion deadline and the hearing dates approximately thirty (30) days to allow the parties time to stipulate to all necessary facts

///

///

---

1

STIPULATION                                                                                 Case No.: 2:08-cv-02258 JAM DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREFORE, the parties jointly request that the following dates be rescheduled as
follows:

| | |
|---|---|
| January 20, 2010 | Dispositive motion filing deadline |
| February 17, 2010 | Hearing on dispositive motions |
| April 7, 2010 | Pre-Trial Conference |
| May 10, 2010 | Trial |

IT IS SO AGREED:

Dated:

MORALES, FIERRO & REEVES

By: _____
William C. Reeves
Attorneys for Plaintiff

Dated:

LAW OFFICES OF DAVID S. BLAU, P.C.

By: _____
David S. Blau
David M. Morrow
Attorneys for Defendant
American Safety Indemnity Company

///
///
///
///
///
///
///

2

STIPULATION                                         Case No.: 2:08-cv-02258 JAM DAD

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

1. The dispositive motion filing deadline is extended to January 20, 2010;

2. The hearing on dispositive motions is now scheduled for 9:00 a.m. on February 17, 2010;

3. The Final Pre-Trial Conference is now scheduled for 4:00 p.m. on April 7, 2010; and

4. Trial is now scheduled to commence at 9:00 a.m. on May 10, 2010.

IT IS SO ORDERED.

Dated: December 18, 2009

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com