William C. Reeves – 183878
Maya G. Morales – 245208
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856

Attorneys for Plaintiff
PMA Capital Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMA CAPITAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY,<br><br>        Defendant. | CASE NO.: 2:08-cv-02258 JAM DAD<br><br>STIPULATION AND ORDER RE: PARTIAL DISMISSAL |

Plaintiff PMA Capital Insurance Company ("Plaintiff") and Defendant American Safety Indemnity Company ("Defendant") stipulate and agree as follows:

WHEREAS, this matter is a dispute between insurers regarding alleged rights to contribution related to the following two settled and resolved underlying construction defect matters:

   a.   <u>Mid-Peninsula San Pedro L.P., et al. v. Dow Builders, et al.</u>, San Mateo County (Cal.) Case No. CIV 444376 ("<u>Mid-Peninsula</u>"), and

   b.   <u>Sunterra Corp. v. Perini Building Company</u>, E.D. Cal Case No. 04-CV-00788 MCE (PAN) ("<u>Sunterra</u>");

WHEREAS, a settlement has been reached that resolves all claims between the parties arising from and relating to the <u>Mid-Peninsula</u> matter.

---

1

ORDER                                                                                          CASE NO.: 2:08-cv-02258 JAM DAD

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the settlement does not extend to the claims between the parties arising from and relating to the Sunterra matter;

WHEREAS, the Complaint is pled in a manner such that the causes of action apply equally to and are directed to both the Mid-Peninsula matter or the Sunterra matter;

WHEREAS, the parties nonetheless desire to memorialize and advise this Court that all claims associated with the Mid-Peninsula matter only are resolved and are no longer at issue in the instant case;

WHEREFORE, the parties agree that all claims arising from or relating to the Mid-Peninsula matter are dismissed from this action.  All remaining claims arising from or relating to the Sunterra matter remain at issue and pending.

IT IS SO AGREED:

Dated: December 30, 2009

MORALES, FIERRO & REEVES

By:  /s/ William C. Reeves
William C. Reeves
Maya G. Morales
Attorneys for Plaintiff PMA Capital Insurance Company

Dated: December 30, 2009

LAW OFFICES OF DAVID S. BLAU, P.C.

By:  /s/ David S. Blau
David S. Blau
David M. Morrow
Attorneys for Defendant
American Safety Indemnity Company

///

///

PDF created with pdfFactory trial version www.pdffactory.com

THE COURT, the Honorable John A. Mendez presiding, having considered the stipulation of the parties and good cause appearing, orders as follows:

1. All claims arising from or relating to the <u>Mid-Peninsula</u> matter only are dismissed from this matter with prejudice.

2. All remaining claims arising from or relating to the <u>Sunterra</u> matter remain at issue and pending in this matter, and are not affected by the dismissal of any other claims.

IT IS SO ORDERED:

Dated:   12/30/2009

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

3

ORDER                                                                                         CASE NO.: 2:08-cv-02258 JAM DAD

PDF created with pdfFactory trial version www.pdffactory.com