William C. Reeves – 183878
Maya G. Morales – 245208
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856

Attorneys for Plaintiff
PMA Capital Insurance Company

David S. Blau - 166825
David M. Morrow – 175776
Blau & Associates, P.C.
6080 Center Drive, Suite 550
Los Angeles, CA 90045
Telephone: (310) 410-1900

Attorneys for Defendant
American Safety Indemnity Co.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMA CAPITAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN SAFETY INDEMNITY COMPANY, <br><br> Defendant. | CASE NO.: 2:08-cv-02258 JAM DAD <br><br> STIPULATION AND ORDER TO CONTINUE DATES |

Plaintiff PMA Capital Insurance Company ("PMA") and defendant American Safety Indemnity Company ("American Safety"), by and through counsel, stipulate and agree as follows:

WHEREAS, in accordance with this Court's prior order, the parties filed cross-motions for summary judgment on January 20, 2010;.

WHEREAS, the hearing date for these motions is set February 17, 2010;

WHEREAS, the parties desire additional time to respond to the motions and brief the issues than is afforded per Local Rule given the February 17, 2010 hearing date;

PDF created with pdfFactory trial version www.pdffactory.com

1 WHEREAS, the parties are agreeable to rescheduling the hearing date on the motions to
2 afford additional time to brief the issues;
3 WHEREFORE, the parties jointly request that the following dates be rescheduled as
4 follows:
5       February 16, 2010    Deadline for filing Oppositions to the motions;
6       February 24, 2010    Deadline for filing Replies to the motions;
7       March 3, 2010    Hearing on dispositive motions.
8 IT IS SO AGREED:
9 Dated: January 22, 2010
        MORALES, FIERRO & REEVES

13 By: /s/ William C. Reeves
     William C. Reeves
14      Attorneys for Plaintiff

16 Dated: January 22, 2010
17         LAW OFFICES OF DAVID S. BLAU, P.C.

20 By: /s/ David S. Blau
     David S. Blau
21      David M. Morrow
     Attorneys for Defendant
22      American Safety Indemnity Company
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2
STIPULATION                                Case No.: 2:08-cv-02258 JAM DAD

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

1. The deadline for filing Oppositions to the pending motions is February 16, 2010; ;
2. The deadline for filing Replies to the pending motions is February 24, 2010
3. The hearing on the parties' motions is rescheduled to 9:00 a.m. on March 3, 2010.

IT IS SO ORDERED.

Dated: January 22, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

S:\Docs\ic1143\STP100122.wcr.doc

PDF created with pdfFactory trial version www.pdffactory.com